ACCEPTED
03-17-00771-CV
21107254
THIRD COURT OF APPEALS
AUSTIN, TEXAS
12/6/2017 8:43 AM
JEFFREY D. KYLE
CLERK

No. 03-17-00771-CV

_____

THIRD COURT OF APPEALS
AUSTIN, TEXAS

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
12/6/2017 8:43:46 AM
JEFFREY D. KYLE
Clerk

_____

**Texas Jewelers Association, Rex Solomon, and Brad Koen,**
*Appellants*

v.

**Ann Glynn,**
*Appellee*

_____

Appeal from the 98th Judicial District Court, Travis County, Texas,
Cause No. D-1-GN-17-005031

_____

**APPELLANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO
FILE APPELLANTS' BRIEF**

_____

TO THE HONORABLE THIRD COURT OF APPEALS:

Appellants Texas Jewelers Association, Rex Solomon and Brad Koen, pursuant to Tex. R. App. P. 38.6(d), respectfully file this Motion for Extension of Time to File Brief, requesting additional time to file their Appellants' Brief, and in support would show the following:

1. Appellants' brief is due on December 20, 2017. Tex. R. App. P. 10.5(b)(1)(A). Appellants seek an extension of 30 days from that date to January 19, 2018. Tex. R. App. P. 10.5(b)(1)(B).

_____

APPELLANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE
APPELLANTS' BRIEF – Page 1                          5797875 v1 (70638.00002.000)

2. Pursuant to Tex. R. App. P. 10.5(b)(1)(C), this extension of time to file Appellants' brief is requested because the undersigned counsel for all three Appellants, Michael A. Logan and Kenneth C. Riney, began a jury trial on December 5, 2017, that is expected to take two to three weeks to complete. The case is styled *David Bagwell, Individually and as Trustee of the David S. Bagwell Trust; Broughton Limited Partnership; Old Grove Limited Partnership; Broadland Limited Partnership; Marilyn D. Garner, Chapter 7 Trustee of the Estate of the David Bagwell Company and Trustee of the Estate of Evermore Communities, Ltd. v. BBVA Compass and Sam Meade*, Cause No. DC-14-00991 in the 101st Judicial District Court of Dallas County, Texas.

3. Given this trial setting and the Christmas holiday the following week, Movants request this extension of time to adequately prepare Appellants' brief, including coordinating preparation of an anticipated combined brief with co-counsel for Appellant Rex Solomon, Chamberlain McHaney.

4. No previous extensions have been requested or granted related to an extension of time to file Appellants' brief. Tex. R. App. P. 10.5(b)(1)(D).

5. This request is not for delay only, but that justice may be done.

6. The undersigned attorney for Appellants has conferred with counsel for Appellee, Dennis Richard, and he does not oppose this requested extension. Tex. R. App. P. 10.1(a)(5). Appellants are agreeable to a similar extension for Appellee's brief.

WHEREFORE, Appellants Texas Jewelers Association, Rex Solomon and Brad Koen respectfully request the Court to grant this Appellants' Unopposed Motion for Extension of Time to File Appellants' Brief.

Respectfully submitted,

**KANE RUSSELL COLEMAN LOGAN PC**

By:    /s/ *Kenneth C. Riney*
     Michael A. Logan
     State Bar No. 12497500
     E-mail: *mlogan@krcl.com*
     Kenneth C. Riney
     State Bar No. 24046721
     E-mail: *kriney@krcl.com*
     3700 Thanksgiving Tower
     1601 Elm Street
     Dallas, Texas 75201
     Telephone:  (214) 777-4200
     Facsimile:  (214) 777-4299

**ATTORNEYS FOR APPELLANTS TEXAS JEWELERS ASSOCIATION, REX SOLOMON AND BRAD KOEN**

Tim Poteet
*tpoteet@chmc-law.com*
State Bar No. 16170300
J. Gordon McHaney
*gmchaney@chmc-law.com*
State Bar No. 13670100
CHAMBERLAIN ♦ MCHANEY
301 Congress, 21st Floor
Austin, Texas 78701

**ATTORNEYS FOR APPELLANT
REX SOLOMON**


## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies he has conferred with counsel for Appellee Ann Glynn, Dennis L. Richard, regarding the relief requested in this Appellants' Motion for Extension of Time to File Appellants' Brief, and he is unopposed. Tex. R. App. P. 10.1(a)(5).

/s/ *Kenneth C. Riney*
Kenneth C. Riney

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of foregoing has been served upon counsel of record by electronic court filing and/or electronic mail on this 6th day of December 2017.

DENNIS.RICHARD@KENNARDLAW.COM
Dennis L. Richard
State Bar No. 16842600
Kennard Richard PC
100 N.E. Loop 410, Suite 610
San Antonio, TX 78216
(210) 314-5688
(210) 314-5687 facsimile
*Attorney for Appellee Ann Glynn*

/s/ *Kenneth C. Riney*
Kenneth C. Riney